[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated:  May 17, 2021

_Karen S. Jennemann_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No. 6:20−bk−06496−KSJ
                                                                                          Chapter 7

Ralph Romero

_____Debtor*_____/

### ORDER GRANTING MOTION TO REOPEN CHAPTER 7 CASE

   THIS CASE came on for consideration without a hearing of the **Motion to Reopen Chapter 7 Case** (Doc. **18** ), filed by **U.S. Trustee United States Trustee − ORL7/13** .

   The Court having considered the record, the Motion to Reopen Chapter 7 Case is Granted .

   This case is reopened. The Clerk is directed to reclose this case on October 1, 2021, unless a party timely seeks an extension.

   The Court in its discretion may file written findings of facts and conclusions of law at a later date.

   Service Instructions:

   Attorney Bryan Buenaventura is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.